HOMER COFFEY v. STATE.

No. A-554.   Opinion Filed May 16, 1911.

Appeal from Cleveland County Court; W. I. Jackson, Judge Pro Tempore.

Homer Coffey was convicted of violating the prohibitory law, and appeals.   Affirmed.

B. F. Wolf and Williams & Williams, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM.   There are no material errors in the record, and the judgment of the lower court is affirmed.

---

A G. CROSS v. STATE.

No. A-556.   Opinion Filed May 16, 1911.

Appeal from McClain County Court; E. E. Glasco, Judge.

A. G. Cross was convicted at the January, 1909, term of the county court of McClain county on a charge of violating the prohibitory law, and appeals.   Appeal dismissed.

Smith C. Matson, Asst. Atty. Gen., and Ben Franklin, county attorney of McClain county, for defendant in error.

PER CURIAM.   A motion to dismiss the appeal in this case, supported by proper affidavits, on the ground that the plaintiff in error is a fugitive from justice, has been filed.   No appearance was entered by brief or upon argument on behalf of the plaintiff in error. The motion is well taken, and is sustained.   The appeal is dismissed.